JS-6 / Entered

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 1 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RODOLFO GUZMAN, JR., <br> Petitioner, <br> v. <br> AMY MILLER, Warden, <br> Respondent. | Case No. CV 14-06192 GHK (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order Dismissing Habeas Petition as Time-Barred.

DATED: September 29, 2014

GEORGE H. KING
CHIEF JUDGE